**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action **No. 1:11-cv-00005-AP**

**LIEN HUYNH**

       Plaintiff,

v.

**MICHAEL J. ASTRUE**, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Francis K. Culkin | JOHN F. WALSH |
| 3801 East Florida Avenue, Suite 400 | United States Attorney |
| Denver, Colorado 80210 | |
| Phone: 303-830-1110 | KEVIN TRASKOS |
| Fax: 303-863-9221 | Chief, Civil Division |
| fculkinesq@aol.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | 303-844-0815 |
| | 303-844-0770 Facsimile |
| | Stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:**                                                  January 3, 2011

**B. Date Complaint Was Served on U.S. Attorney's Office:**      January 5, 2011

**C. Date Answer and Administrative Record Were Filed:**         March 7, 2011

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:**   To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7.  OTHER MATTERS

There are no other matters anticipated.

## 8.  PROPOSED BRIEFING SCHEDULE

Counsel for Plaintiff has requested extending the standard briefing schedule to 47 days due to his travel and work schedule. The parties propose the following proposed briefing schedule:

**A.  Plaintiffs Opening Brief Due:**           May 16, 2011

**B.  Defendant's Response Brief Due:**        June 15, 2011

**C.  Plaintiffs Reply Brief (If Any) Due:**   June 30, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT

### A.  Plaintiffs Statement:

Plaintiff does not request oral argument.

### B.  Defendant's Statement:

Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated: March 29, 2011               BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge

APPROVED:

| | |
|---|---|
| s/ Francis K. Culkin<br>Francis K. Culkin<br>3801 East Florida Avenue, Suite 400<br>Denver, Colorado 80210<br>Phone: 303-830-1110<br>Fax: 303-863-9221<br>fculkinesq@aol.com<br><br>Attorney for Plaintiff | JAMES F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>Assistant United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>By: s/ Stephanie F. Kiley<br>Stephanie F. Kiley<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-0815<br>Stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |