IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00005-WYD

LIEN HUYNH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER**

THIS MATTER is before the Court in connection with the request by Plaintiff for an award of attorney fees pursuant to the Equal Access to Justice Act ["EAJA"], 28 U.S.C. § 2412(d).  Specifically, on June 25, 2012, Plaintiff filed an Application for Attorney Fees Under the EAJA.  That motion sought an award of attorney's fees in the amount of $6,053.34 (33.12 hours x $182.77 per hour).  Thereafter, on July 9, 2012, the parties filed a Stipulation for Payment of Attorney's Fees under the EAJA wherein the parties now agree, subject to approval of the Court, that Defendant will pay Plaintiff $5,024.04 in attorney fees.

Having reviewed Plaintiff's Application and the Parties' Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation for Payment of Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed July 9, 2012 (ECF No. 19) is

**APPROVED**.  Plaintiff is awarded attorney fees under the EAJA in the amount of $5,024.04.  Payment shall be made payable by Defendant to Plaintiff and delivered to Plaintiff's attorney Francis Culkin.  It is

FURTHER ORDERED that in light of the foregoing, the earlier filed Application for Attorney Fees Under the Equal Access to Justice Act (ECF No. 18) is **DENIED AS MOOT**.

Dated:  July 10, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge